IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JOSE LUIS MARTINEZ-GRIJALVA
also known as
El Grande,

   Defendant.

CRIMINAL FILE NO.
1:11-CR-74-3-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 148] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 143]. The Defendant has failed to show deficient performance or prejudice with respect to his claim of ineffective assistance of counsel. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 143] is DENIED. No Certificate of Appealability will be granted.

SO ORDERED, this 18 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge